JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 17-03318-AB (RAOx)

Susan Charalambous

            Plaintiff,

v.

City of Burbank et al

            Defendants.

ORDER DISMISSING CIVIL ACTION

      THE COURT having been advised by counsel that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __**60 days,**__ to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 7, 2018          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE